155 A.3d 898

**POINDEXTER, Joey**

v.

**STATE of Maryland**

**Pet. Docket No. 576, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Opinion of the Court of Special Appeals unreported (No. 406, Sept. Term, 2015).

Petition for writ of certiorari denied

155 A.3d 898

**REMBOLD, Donald**

v.

**STATE of Maryland**

**Pet. Docket No. 444, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Dismissed by the Court of Special Appeals (No. 675, Sept. Term, 2016).

Petition for writ of certiorari denied